UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HAROLD "JOE" RAMSEY, JR.** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. |
| | * | |
| **WEEKS MARINE, INC.** | * | JUDGE:         MAG: |
| | * | |

*************************************************************************

## SEAMAN'S COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, HAROLD "JOE" RAMSEY, JR., a person of the full age of majority domiciled in the Parish of St. Tammany, State of Louisiana, who respectfully represents as follows:

1.

Made Defendant is WEEKS MARINE, INC., a foreign corporation authorized to do and doing business in the state of Louisiana.

2.

Plaintiff brings this claim in admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333, General Maritime Law, and the Jones Act now codified at 46 U.S.C. § 30104. Alternatively, this claim is brought under the general maritime law and 33 U.S.C. § 905(b).

3.

Venue is proper in this matter pursuant to the admiralty and maritime laws of the Federal Rules of Civil Procedure 82.

4.

On or about September 21, 2021, the Plaintiff was working in the employ of the Defendant as a Jones Act Seaman aboard the Weeks 268 Booster, which was owned by Weeks Marine, Inc., and which was located in the navigable waters of the United States of America.

5.

On September 21, 2021, upon arrival to work on the Weeks 268 Booster, the Plaintiff was instructed by his supervisor, Assistant Chief Larry Beard, to manually move a strainer, a very heavy piece of equipment, from one point on the vessel to another. Seeing its size, the Plaintiff requested the assistance of a nearby, mobile crane to make the move. Mr. Beard declined that request and instructed the Plaintiff to use a come-a-long. The Plaintiff complied and proceeded to ratchet the come-a-long to the point it would no longer crank because of the weight of the strainer and the fact that it was of steel composition as was the deck of the vessel. In effect, the Plaintiff was being forced to ratchet heavy steel across a steel deck. When he could no longer crank the ratchet, the Plaintiff was instructed by Mr. Beard to use two (2) straps and "walk"/drag the strainer.

6.

When he finally reached the equipment's destination, the Plaintiff was experiencing severe back pain. Realizing he had been injured he told Mr. Beard that, in compliance with Weeks Marine's policy, he wanted to go to the office of the safety man, report the injury and fill out an accident report. Mr. Beard attempted to persuade the Plaintiff not to do so. Nevertheless, the Plaintiff complied with company policy and went to the nearby, land-based office of Weeks Marine to report his injury to the safety man. Soon thereafter he was seen/treated at a local hospital.

7.

The accident described herein was solely caused by the negligence of Weeks Marine, Inc. and the unseaworthiness of the Weeks 268 Booster in the following nonexclusive particulars:

a. The careless, reckless negligence of the Plaintiff's supervisor/superior;

b. The failure of the Defendant to provide a safe working environment;

c. Weeks Marine's failure to adequately supply sufficient tools and/or equipment for the job being performed by the Plaintiff when he was injured;

d. The unseaworthiness o the Weeks 268 Booster in that it was not properly equipped for the job being performed by the Plaintiff when he was injured; and

e. Any and all other negligent acts or omissions that will be shown at the time of trial of this matter as may be developed by discovery.

8.

Plaintiff has suffered physical pain, disability and mental anguish since September 21, 2021.  He will continue to suffer the same for the balance of his natural life.   He has been under consistent medical care since the date of the occurrence of his injury.  As a result of the injuries sustained by the Plaintiff, he has lost wages and will continue to lose wages and/or experience a loss of wage-earning capacity in the future.

9.

The Plaintiff requests a trial by jury on all claims for which he is entitled to trial by jury under the law.

**WHEREFORE**, the premises considered, the Plaintiff, Harold "Joe" Ramsey, Jr., prays that the Defendant, Weeks Marine, Inc., be duly cited and served with a copy of this complaint, and after all legal proceedings are had that there be a judgment in his favor and against the Defendant for damages as are reasonable in the premises, together with legal interest thereon, from date of judicial demand until paid, for all costs of these proceedings, and for all such other and further relief at law and in equity to which he may be justly entitled.

Respectfully submitted,

**COTTEN SCHMIDT, L.L.P.**

s/ Lawrence E. Abbott
_____
LAWRENCE E. ABBOTT (La. Bar No. 2276)
labbott@cottenschmidt.com
SARAH P. REID (La. Bar No. 33311)
sreid@cottenschmidt.com
650 Poydras Street, Suite 1950
New Orleans, Louisiana 70130
Telephone: (504) 568-9393
Facsimile: (504) 524-1933

**ATTORNEYS FOR PLAINTIFF,
HAROLD RAMSEY, JR.**

**PLEASE SERVE:**

Weeks Marine, Inc.
4 Commerce Dr.
Cranford, NJ 07016