UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HAROLD RAMSEY, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-848** |
| **WEEKS MARINE, INC.** | **SECTION "D" (1)** |

### ORDER OF DISMISSAL

Considering the Motion to Dismiss With Prejudice, in which Plaintiff seeks to dismiss with prejudice all of his claims asserted against the Defendant (R. Doc. 43);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, October 11, 2023.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**